IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

F. SCOTT WINSLOW                          :
                                          :
          v.                              :          CIVIL ACTION NO.  02-4744
                                          :
COMMONWEALTH OF PENNSYLVANIA,
ET AL.
                                          :

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this          day of          ,          , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable CHARLES B. SMITH, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
JOHN R. PADOVA, J.

civrr