IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| F. SCOTT WINSLOW, : | CIVIL ACTION |
|     Petitioner : | |
| : | |
| VS. : | |
| : | |
| JOHN MASTERS, : | |
|     AND : | |
| THE DISTRICT ATTORNEY OF : | |
| THE COUNTY OF CHESTER, : | |
|     AND : | |
| THE ATTORNEY GENERAL OF : | |
| THE STATE OF PENNSYLVANIA, : | |
|     Respondents : | NO. 02-4744 |

ORDER

AND NOW, this 16th day of September, 2002, it is hereby ORDERED that the respondent(s) shall file a specific and detailed answer to petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, filed on August 12, 2002, with the Clerk of this Court, within twenty (20) days from the date of this Order.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE