IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| F. SCOTT WINSLOW, : | CIVIL ACTION |
| Petitioner : | |
| : | |
| VS. : | |
| : | |
| JOHN MASTERS, : | |
| AND : | |
| THE DISTRICT ATTORNEY OF : | |
| THE COUNTY OF CHESTER, : | |
| AND : | |
| THE ATTORNEY GENERAL OF : | |
| THE STATE OF PENNSYLVANIA, : | |
| Respondents : | NO. 02-4744 |

O R D E R

AND NOW, to wit, this      day of          , 2002, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Charles B. Smith, it is hereby ORDERED that:

1.   The Report and Recommendation is APPROVED and ADOPTED.

2.   The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is DENIED and DISMISSED in its entirety.

3.  There is no probable cause to issue a certificate of appealability.

It is so ORDERED.

BY THE COURT:

_____
JOHN R. PADOVA                J.